**Motion Granted; Order filed October 10, 2013.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00256-CR

————————

## MILTON WHITING, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1365102**

---

## ORDER

Appellant is represented by appointed counsel, **Andrew G. McGee.** Appellant's brief was originally due July 1, 2013. Counsel has been granted four extensions of time to file the brief until September 20, 2013. On October 8, 2013, counsel filed a further motion for extension of time. The court grants a final extension and issues the following order:

We order appellant's counsel, **Andrew G. McGee,** to file appellant's brief in this appeal **on or before November 4, 2013.  No further extensions will be entertained absent exceptional circumstances**.  If counsel does not timely file appellant's brief as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM